065826

RECEIVED
OVER THE COUNTER

DEC 13 2006

THE OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s)

Tompkins Builders, Inc. 06-849 C

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): Douglas L. Patin

Firm Name: Bradley Arant Rose & White

Post Office Box:

Street Address: 1133 Connecticut Avenue, NW, 12th Floor

City-State-Zip: Washington, DC 20036

Telephone & Facsimile Numbers: 202/719-8213; fax 202/719-8313

Is the attorney of record admitted to the Court of Federal Claims Bar? ☒ Yes ☐ No

Does the attorney of record have a Court of Federal Claims ECF account? ☒ Yes ☐ No

If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6406 for admission papers and/or enrollment instructions.

Nature of Suit Code: 1 0 0

Select only one (three digit) nature-of-suit code from the attached sheet. If 213, identify partnership or partnership group. If numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: A R M

See attached sheet for three-digit codes.

Amount Claimed: $ 637,163

Use estimate if specific amount is not pleaded.

Disclosure Statement:

Is a RCFC 7.1 Disclosure Statement required? ☒ Yes ☐ No

If yes, please note that two copies are necessary.

Bid Protest:

Indicate approximate dollar amount of procurement at issue: $

Is plaintiff a small business? ☐ Yes ☒ No

Vaccine Case:

Date of Vaccination:

Related Cases:

Is this case directly related to any pending or previous case? ☐ Yes ☒ No

If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.