ORIGINAL

FILED
DEC 13 2006
U.S. COURT OF FEDERAL CLAIMS

# In the United States Court of Federal Claims

| | |
|---|---|
| TOMPKINS BUILDERS, INC., Plaintiff, | No. 06-849 C |
| v. | |
| THE UNITED STATES, Defendant. | |

## DISCLOSURE STATEMENT

Pursuant to Rule 7.1 and to enable Judges to evaluate possible disqualification or recusal, the undersigned counsel for Tompkins Builders, Inc. in the above captioned action, certifies that the following are parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public or own more than ten percent of the stock as follows:

1. Tompkins Builders, Inc. is wholly owned by Turner Construction Company.

2. Turner Construction Company is wholly owned by Hochtief.

3. Hochtief is publicly traded on the German stock exchange.

December 13, 2006

Douglas L. Patin, DC Bar 295139
Bradley Arant Rose & White
1133 Connecticut Ave., NW, 12th Floor
Washington, DC 20036

5/5496.1

(p) 202-719-8213
(f) 202-719-8313
Attorney for Plaintiff

OF COUNSEL:
Robert Symon, Esq.
Christopher Danley, Esq.
Bradley Arant Rose & White LLP
1133 Connecticut Avenue, N.W.
12th Floor
Washington, D.C. 20036