IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TOMPKINS BUILDERS, INC., Plaintiff, | ) | No. 06-849C |
| v. | ) | (Judge Wiese) |
| THE UNITED STATES, Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of James W. Poirier as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

James W. Poirier
Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530

Attention: Classification Unit
8th Floor, 1100 L Street, N.W.

Respectfully submitted,

S/ James W. Poirier
JAMES W. POIRIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Tele: (202) 616-0856
Fax: (202) 514-7969
james.poirier@usdoj.gov

January 17, 2007

CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of January 2007, a copy of the foregoing “NOTICE OF APPEARANCE” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court’s electronic filing system. The parties may access this filing through the Court’s system.

S/ James W. Poirier