# In the United States Court of Federal Claims

No. 06-849C
Filed: January 18, 2007

| | |
|---|---|
| TOMPKINS BUILDERS, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

DIRECTING COMPLIANCE WITH
GENERAL ORDER NO. 42A

On December 13, 2006, the Clerk designated this case as an electronic case in the court's case management/electronic case filing (CM/ECF) system. Pursuant to General Order No. 42A, in order to file documents and receive service in CM/ECF, each attorney of record must have a CM/ECF account. A CM/ECF account login and password will be issued only to those members of the court's bar who have passed a certification test.

The courts records indicate that plaintiff's counsel has not yet complied with this requirement. Accordingly, on or before February 8, 2007, plaintiff's counsel shall take the steps necessary to obtain a CM/ECF account. Information about CM/ECF, including the certification process and test, is available at the court's website, www.uscfc.uscourts.gov.

s/John P. Wiese
John P. Wiese
Judge