IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TOMPKINS BUILDERS, INC., Plaintiff, | ) | No. 06-849C |
| v. | ) | (Judge Wiese) |
| THE UNITED STATES, Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN
ENLARGEMENT OF TIME TO RESPOND TO THE COMPLAINT

Defendant, the United States, respectfully requests the Court to grant an enlargement of time of 30 days, to and including March 14, 2007, within which to file a response to the complaint. Our response is currently due on February 12, 2007. This is our first request for an enlargement of time for this purpose. Counsel for the plaintiff, Tompkins Builders, Inc. ("Tompkins"), has authorized us to say that Tompkins does not oppose this motion for an enlargement of time.

Counsel for the United States has not yet received a litigation report from the United States Army. Furthermore, counsel does not anticipate receiving a litigation report before the end of February 2007.

The full enlargement of time is needed. A litigation report is needed in order for us to respond to the allegations in the complaint. Documents must be reviewed. Legal research may be required. In addition, time is needed to draft a response to the

complaint, and for review of the draft response by agency counsel and by supervisors at the Department of Justice.

Conclusion

For the reasons stated above, we respectfully request that our unopposed motion be granted.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

S/ Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director

S/ James W. Poirier
JAMES W. POIRIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St, N.W
Washington, D.C. 20530
Tele: 202-616-0856
Fax: 202-514-7969

January 30, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on January 30, 2007, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO THE COMPLAINT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

S/ James W. Poirier