IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TOMPKINS BUILDERS, INC., | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-849C |
| v. | ) | |
| | ) | (Judge Wiese) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Defendant, the United States, respectfully requests the Court to grant an enlargement of time of 30 days, to and including May 31, 2007, within which the parties may file a joint preliminary status report ("JPSR"). Our JPSR is currently due on May 1, 2007. This is our first request for an enlargement of time for this purpose. Counsel for the plaintiff, Tompkins Builders, Inc. ("Tompkins"), has authorized us to say that Tompkins does not oppose this motion for an enlargement of time.

The parties have agreed to meet in early May in an effort to narrow the issues. Efforts to schedule an earlier meeting were not successful because of the other commitments of counsel for both parties, and because of certain vacation plans of counsel for both parties.

The full enlargement of time is in the interests of justice and judicial economy. It is the view of the United States that certain gross factual misunderstandings have formed the premise for the allegations in the complaint. We are hopeful that the case can be resolved, or that the issues can be substantially

narrowed, at the meeting in early May. If the meeting is successful, the issues identified and the schedule proposed in the JPSR are likely to be substantially different than they would be before the meeting. Thus, our motion for an enlargement of time is supported by the interests of justice and judicial economy.

Once the meeting has occurred, time is needed to draft the JPSR. In addition, time is needed for review of the draft JPSR by agency counsel and by supervisors at the Department of Justice.

Conclusion

For the reasons stated above, we respectfully request that our unopposed motion be granted.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

S/ Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director

S/ James W. Poirier
JAMES W. POIRIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St, N.W
Washington, D.C. 20530
Tele: 202-616-0856
Fax: 202-514-7969

April 26, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on April 26, 2007, a copy of the foregoing "DEFENDANT’S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

S/ James W. Poirier