# In the United States Court of Federal Claims

No. 06-849C
Filed: May 7, 2007

| | |
|---|---|
| | ) |
| TOMPKINS BUILDERS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| THE UNITED STATES, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

---

ORDER

GRANTING MOTION FOR ENLARGEMENT

---

Defendant's April 26, 2007, motion for an enlargement of time, to and including May 31, 2007, within which to file the parties' joint preliminary status report is hereby GRANTED.

s/John P. Wiese
John P. Wiese
Judge