IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TOMPKINS BUILDERS, INC., Plaintiff, | ) | No. 06-849C |
| v. | ) | (Judge Wiese) |
| THE UNITED STATES, Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Defendant, the United States, respectfully requests the Court to grant an enlargement of time of seven days, to and including June 7, 2007, within which the parties may file a joint preliminary status report ("JPSR"). Our JPSR is currently due on May 31, 2007. This is our second request for an enlargement of time for this purpose, the Court having granted an enlargement of 30 days. Counsel for the plaintiff, Tompkins Builders, Inc. ("Tompkins"), has authorized us to say that Tompkins does not oppose this motion for an enlargement of time.

Counsel for the United States has circulated a draft JPSR to counsel for Tompkins, but due to the press of other business, it is not clear that the JPSR can be finalized and filed by the date that it is due. Counsel of record for Tompkins recently underwent surgery and has not yet returned to the office.

Another counsel for Tompkins (who was identified on the complaint) has been away from Washington, D.C. on business, and will not return until later this week.

Counsel for the United States will be on leave and away from Washington, D.C., on May 29 and May 30, 2007.

The full enlargement of time is needed. The parties intend to file the JPSR by the existing due date, May 31, 2007, but the uncertain health of counsel for Tompkins and the scheduled absences of other counsel make it prudent to seek an additional seven days.

## Conclusion

For the reasons stated above, we respectfully request that our unopposed motion be granted.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

S/ Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director

S/ James W. Poirier
JAMES W. POIRIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St, N.W
Washington, D.C. 20530
Tele: 202-616-0856
Fax: 202-514-7969

May 21, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on May 21, 2007, a copy of the foregoing "DEFENDANT’S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

S/ James W. Poirier