# In the United States Court of Federal Claims

No. 06-849C
Filed: May 31, 2007

| | |
|---|---|
| TOMPKINS BUILDERS, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

GRANTING MOTION FOR ENLARGEMENT

Defendant's May 21, 2007, motion for an enlargement of time, to and including June 7, 2007, within which to file the parties' joint preliminary status report is hereby GRANTED.

s/John P. Wiese
John P. Wiese
Judge