# In the United States Court of Federal Claims

No. 06-849C
Filed: June 25, 2007

| | |
|---|---|
| TOMPKINS BUILDERS, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

---

ORDER

SCHEDULING PRELIMINARY CONFERENCE

---

Pursuant to the agreement of the parties, a preliminary conference will be held at 2:30 p.m. on Tuesday, July 10, 2007, at the Howard T. Markey National Courts Building, 717 Madison Place, NW, Washington, DC. The courtroom designation will be posted on the bulletin board in the lobby of the courthouse. The proceedings will be transcribed.

s/John P. Wiese
John P. Wiese
Judge