# In the United States Court of Federal Claims

No. 06-849C
Filed: July 10, 2007

| | |
|---|---|
| | ) |
| TOMPKINS BUILDERS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| THE UNITED STATES, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

---

ORDER

SCHEDULING TELEPHONE CONFERENCE

---

As discussed during the preliminary status conference held this date, a follow-up telephone conference will be held at 3:00 p.m. on Thursday, July 19, 2007. Defendant's counsel will initiate the call.

s/John P. Wiese
John P. Wiese
Judge