# In the United States Court of Federal Claims

No. 06-849C
Filed: October 24, 2007

| | |
|---|---|
| TOMPKINS BUILDERS, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

---

ORDER

SCHEDULING TELEPHONE CONFERENCE

---

As discussed during the telephone conference held this date, a follow-up telephone conference will be held at 3:00 p.m. on Tuesday, December 18, 2007. The court will initiate the call.

s/John P. Wiese
John P. Wiese
Judge