# In the United States Court of Federal Claims

No. 06-849C
Filed: December 18, 2007

| | |
|---|---|
| TOMPKINS BUILDERS, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

SUSPENDING PROCEEDINGS

As discussed during the telephone conference held this date, further proceedings in this action are suspended to and including April 16, 2008. On or before that date, plaintiff shall file a status report advising the court as to its intentions with respect to further proceedings in this action.

s/John P. Wiese
John P. Wiese
Judge