# In the United States Court of Federal Claims

*************************
*
TOMPKINS BUILDERS, INC., *
*
Plaintiff, *
*
v. * No. 06-849C
*
THE UNITED STATES, *
*
Defendant. *
*
*************************

## PLAINTIFF'S STATUS REPORT

In the last status call held between the court and counsel, plaintiff's counsel explained that the plaintiff was involved in settlement discussions with the same agency and contracting officer on another contract with a larger dollar value of pending claims. Plaintiff's counsel explained that it was plaintiff's intent to wrap up the current claim before the court in this case as part of those settlement discussions.

A small portion of the claims pending on the other contract has recently been settled. In addition, the contracting officer has recently indicated to plaintiff that the government hired a scheduling consultant and expected that the schedule analysis would be completed by the beginning of June. At that point in time, the government would be ready to negotiation/mediate the large impact and delay claim.

Plaintiff believes that good faith progress is being made and that the plaintiff should be given an additional six months to work with the government to resolve the other claims on the other contract, and the claim pending before this court. Counsel for the United States does not oppose our motion for additional time.

RESPECTFULLY SUBMITTED,

April 16, 2008

/s/

Douglas L. Patin, DC Bar 295139
Bradley Arant Rose & White
1133 Connecticut Ave., NW, 12th Floor
Washington, DC 20036
(p) 202-719-8213
(f) 202-719-8313
Attorney for Plaintiff

OF COUNSEL:

Robert Symon, Esq.
Bradley Arant Rose & White LLP
1133 Connecticut Avenue, N.W.
12th Floor
Washington, D.C. 20036

CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2008, a true and accurate copy of the foregoing Plaintiff's Status Report was filed Electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's Electronic filing system. Parties may access this filing through the Court's system.

/s/
Douglas L. Patin