# In the United States Court of Federal Claims

No. 06-849C
Filed: April 29, 2008

| | |
|---|---|
| | ) |
| TOMPKINS BUILDERS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| THE UNITED STATES, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

---

ORDER

CONTINUING SUSPENSION OF PROCEEDINGS

---

Based upon a review of plaintiff's April 16, 2008, status report, the court hereby orders that the suspension of proceedings is continued to and including October 16, 2008. On or before that date, plaintiff shall file a status report advising the court as to its intentions with respect to further proceedings in this action.

s/John P. Wiese
John P. Wiese
Judge